```
UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF TENNESSEE
         COOKEVILLE DIVISION
```

DANIEL J. POTTS,                    )
                                    )
        Plaintiff                   )
                                    )       No. 2:10-0096
v.                                  )       Judge Sharp/Brown
                                    )       **Jury Demand**
CUMBERLAND COUNTY SHERIFF           )
BUTCH BURGESS, *et al.,*            )
                                    )
        Defendants                  )

## **O R D E R**

The Plaintiff in this matter has filed a motion for extension of time (Docket Entry 50). Unfortunately, the motion does not propose any specific dates until which to extend the time. The Magistrate Judge is unwilling to grant open-ended extension of discovery.

A telephone conference to discuss the issue raised by this request for extension is set for **May 24, 2012 at 1:00 p.m.**

Counsel for the Defendants is requested to coordinate this call, and the **Clerk** is directed to send a copy of this order to the Warden of the institution in Cookeville where the Plaintiff is confined so that the Plaintiff can be made available for a telephone call at the set time.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge